IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GILCHRIST TIMBER COMPANY,

    Plaintiff,

v.                                            CASE NO. 1:88-cv-10172-MP-AK

ITT RAYONIER INCORPORATED, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 507, Stipulation and Joint Motion for Entry of Amended Final Judgment Pursuant to Mandate by Gilchrist Timber Company, and ITT Rayonier Incorporated.  Previously, the Court had set an in-court final disposition hearing for May 2, 2007.  Mr. Bradford, however, informed the Court's deputy that no hearing was required and the stipulation resolved all outstanding issues.  Accordingly, the hearing of May 2, 2007 is cancelled and the Clerk is directed to amend the judgment at doc. 483, nunc pro tunc to February 1, 2007, to include an award of prejudgment interest of $1,528,681.09, as to which sum interest shall accrue from February 1, 2007, at the rate of 4.02% per annum, pursuant to the requirements of 28 U.S.C. § 1961.

       **DONE AND ORDERED** this  _1st_  day of May, 2007

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge